# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>) No. 18-cv-00117-EGS-GMH<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER OF DISMISSAL

Plaintiff, Public Citizen Foundation, and Defendants, U.S. Department of Labor, et al., have now resolved this case, including an agreement with regard to the payment of attorneys' fees and costs. The parties agree and stipulate as follows:

1. This Stipulation and Order shall constitute dismissal with prejudice of Plaintiff's claims for relief. The dismissal of this action shall be effective upon the Court's signing and entry of this Stipulation and Order on the docket as an order of the Court.

2. Defendants shall pay to Plaintiff a lump sum of $89,400 in attorneys' fees and costs in this matter pursuant to the terms and conditions of the parties' settlement agreement. Plaintiff agrees that payment of this sum shall constitute full and final settlement of all claims by Plaintiff for fees, costs, and expenses against Defendant in this action.

3. The Court retains jurisdiction to enforce the provisions of this Stipulation and Order.

Dated: November 30, 2020                                   Respectfully submitted,

FOR PLAINTIFF:                                             FOR DEFENDANTS:

*/s/ Michael T. Kirkpatrick            .*                  MICHAEL R. SHERWIN
Michael T. Kirkpatrick, D.C. Bar #486293                   Acting United States Attorney
PUBLIC CITIZEN LITIGATION GROUP
1600 20th St., NW                                          DANIEL F. VAN HORN
Washington, DC 20009                                       D.C. Bar #924092
Tel: 202-588-7728                                          Chief, Civil Division
Email: mkirkpatrick@citizen.org

                                                           By: */s/ Sean Tepe*
                                                               SEAN M. Tepe, D.C. Bar #1001323
                                                               Assistant United States Attorney
                                                               555 4th Street, N.W.
                                                               Washington, DC 20530
                                                               Tel: (202) 252-2533
                                                               Email: sean.tepe@usdoj.gov


SO ORDERED, this ___ day of _____, 2020.


                                                           _____
                                                           UNITED STATES DISTRICT JUDGE